

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-17-00377-CV

| | | |
|---|---|---|
| IN THE INTEREST OF S.C., R.C., AND L.C., CHILDREN | § | On Appeal from the 16th District Court |
| | § | of Denton County (2006-10925-16) |
| | § | October 25, 2018 |
| | § | Opinion by Justice Pittman |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellant M.C. shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Mark T. Pittman_____
     Justice Mark T. Pittman